IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARINA STARR | **I N D I C T M E N T**<br><br>Case No. ______________________<br><br>Violations: 18 U.S.C. § 111(a)(1) and 111(b) |

**Assaulting, Resisting, or Impeding a Federal Officer**

The Grand Jury Charges:

On or about January 10, 2026, in the District of North Dakota,

KARINA STARR

did forcibly assault, resist, oppose, and impede Alexandra Schwuchow, an officer and employee of the United States engaged in the performance of her official duties, and such acts, namely, striking Schwuchow in the face multiple times, caused physical contact with Schwuchow;

In violation of Title 18, United States Code, Section 111(a)(1) and 111(b)

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

NB/tmg